[No. 47567-7-II.   Division Two.   July 12, 2016.]

PROTERRA DEVELOPMENT VENTURES LLC, *Appellant*, v. FIRST AMERICAN TITLE INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-2-07777-8, Scott A. Collier, J., entered May 8, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 47613-4-II.   Division Two.   July 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. TREVINO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-01500-7, Vicki L. Hogan, J., entered April 20, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Bjorgen, C.J., and Melnick, J.

[No. 32024-3-III.   Division Three.   July 12, 2016.]

*In the Matter of the Vulnerable Adult Petition for* JAMES DONALD CUDMORE.

Appeal from a judgment of the Superior Court for Benton County, No. 13-2-02321-8, Salvador Mendoza Jr., J., entered September 27, 2013. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo and Pennell, JJ.

[No. 33033-8-III.   Division Three.   July 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT DOUGLAS REEDY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-1-01294-1, Blaine G. Gibson, J., entered January 2, 2015. *Reversed* and *remanded* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.